**RECEIVED**
JUL 27 2012
CHAMBERS OF
RICHARD M. BERMAN
U.S.D.J.

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 27, 2012

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/30/12

**By Facsimile**
Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007
Fax: (212) 805-6717

Re: **United States v. Tracey Clark**,
     05 Cr. 1307 (RMB)

Dear Judge Berman:

A conference in the above-referenced matter, regarding the defendant's alleged violation of his supervised release, is currently scheduled for July 30, 2012 at 9 a.m. Due to difficulties that have arisen in connection with this defendant's transfer from his current state facility into federal custody for purposes of this proceeding, the defendant will not be in federal custody until July 31, 2012, at the earliest.

The Government therefore respectfully requests that the conference be adjourned until July 31 at 2 p.m., a date and time that the Government understands is convenient for the Court and defense counsel. The Government is in the process of confirming with the United States Marshal Service that the defendant will in fact be available on that date and time, and will contact the Court and counsel as soon as possible with that information.

Respectfully submitted,

*Conference is adjourned to 7-31-12 at 2:00 pm.*

PREET BHARARA
United States Attorney

By: _____
Jocelyn Strauber
Assistant U.S. Attorney
(212) 637-1034

cc: James Keneally, Esq. (By E-Mail)

SO ORDERED:
Date: 7/30/12   *Richard M. Berman*
                Richard M. Berman, U.S.D.J.

TOTAL P.002